No. 185. MITCHELL *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court

of Appeals for the Tenth Circuit denied for the reason that application therefor was not made within the time provided by law. Rule XI of the Criminal Appeals Rules, 292 U. S. 665–666. *H. Dulany Mitchell, pro se. Solicitor General Fahy* for the United States.